JOSEPH CHARLES WILLIAMS v. MARIO A. CRISCITO, M.D.

May 7, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. SYLVESTER LIVINGSTONE.

May 7, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. THOMAS CHASMER.

May 7, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. MARK MUGRAGE.

May 7, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. JAMES BRYSON.

May 7, 1985.

Petition for certification denied.